UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GARY HALL,

    Plaintiff,

v.                                                Case No. 2:06-cv-6
                                                    HON. GORDON J. QUIST

KIM HILL,

    Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Docket #30) is approved and adopted as the opinion of the Court.

2. Defendant's motion for summary judgment (Docket #18) is GRANTED and this case is DISMISSED in its entirety.

3. The Court can discern no good-faith basis for an appeal. Accordingly, an appeal of this action would not be taken in good faith.


Dated: March 19, 2007                                                          /s/ Gordon J. Quist
                                                                          GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE